1  QUIN DENVIR, Bar #49374
   Federal Defender
2
   MARY M. FRENCH, Bar #126643
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   RICHARD AARON GREENE
7

8

9               IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      )  No. CR-S-04-245 LKK
                                  )
13              Plaintiff,        )
                                  )  STIPULATION AND ORDER
14      v.                        )
                                  )
15 RICHARD AARON GREENE,          )  Date:  July 12, 2005
                                  )  Time:  9:30 a.m.
16              Defendant.        )  Judge: Lawrence K. Karlton
                                  )
17 _____)

18

19      It is hereby stipulated between the parties, Ellen Endrizzi,

20 Assistant United States Attorney, attorney for Plaintiff, and Mary M.

21 French, attorney for defendant, that the probation revocation hearing

22 date of June 1, 2005 be vacated and a new probation revocation hearing

23 date of July 12, 2005 at 9:30 a.m. be set.

24      This continuance is requested because both government counsel and

25 defense counsel will be out of the district on several dates and Mr.

26 Greene is still in the process of straightening out his insurance in

27 order to allow him to enroll in St. Joseph.

28      Additionally, the defendant is considering retaining private

1  counsel.

2  Dated: May 27, 2005

3                                          Respectfully submitted,

4                                          QUIN DENVIR
                                           Federal Defender
5
                                           /s/ Mary M. French
6                                          _____
                                           MARY M. FRENCH
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          RICHARD AARON GREENE

9

10 Dated: May 27, 2005                     MCGREGOR W. SCOTT
                                           United States Attorney
11

12                                         /s/ Mary M. French for
                                           _____
13                                         ELLEN ENDRIZZI
                                           Assistant U.S. Attorney
14                                         per telephonic authorization

15

16                                     **ORDER**

17 **IT IS SO ORDERED.**

18 Dated: May 27, 2005

19                                         /s/ Lawrence K. Karlton
                                           HON. LAWRENCE K. KARLTON
20                                         United States District Judge

21

22

23

24

25

26

27

28

Stipulation & Order                        2