1 | QUIN DENVIR, Bar #49374
Federal Defender

2

MARY M. FRENCH, Bar #126643
3 | Assistant Federal Defender
Designated Counsel for Service
4 | 801 I Street, 3rd Floor
Sacramento, California 95814
5 | Telephone: (916) 498-5700

6 | Attorney for Defendant
RICHARD AARON GREENE
7

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 | UNITED STATES OF AMERICA,          )   No. CR-S-04-245 LKK
                                       )
14 |                 Plaintiff,         )
                                       )   ORDER SEALING RECORD
15 |      v.                            )
                                       )
16 | RICHARD AARON GREENE,              )
                                       )
17 |                 Defendant.         )
                                       )
18 | _____ )

19

20 |      On July 29, 2005, the Court received Defendant's Sentencing

21 | Memorandum.

22 |      IT IS HEREBY ORDERED that the Clerk of the Court shall file the

23 | document under seal and serve it on the parties.

24 | Dated:  August 1, 2005

25

26 |                                    LAWRENCE K. KARLTON
                                       United States District Court
27

28