**FILED**
August 30, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RICHARD AARON GREENE, ) <br> ) <br> Defendant. ) | Case No. 2:04-CR-245 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RICHARD AARON GREENE , Case No. 2:04-CR-245 , Charge  Probation Violation :

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $___

        ___   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

     _X_   (Other)  Time served.

Issued at  Sacramento, CA  on  August 30, 2005  at 9:15 a.m.  .

By   /s/ Lawrence K. Karlton
       Lawrence K. Karlton
       United States District Judge

Original - U.S. Marshal