AO 245D-CAED (Rev. 9/01)-Sheet 1- Judgment in a Criminal Case for Revocation

Case 2:04-cr-00245-LKK   Document 25   Filed 08/30/05   Page 1 of 2

FILED
AUG 3 0 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**RICHARD AARON GREENE**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:04CR00245-001**

Mary French, Assistant Federal Defender
Defendant's Attorney

**THE DEFENDANT:**
[✔] admitted guilt to violation of charge(s) 1, 2, 3, 4 as alleged in the violation petition filed on April 19, 2005.
[ ] was found in violation of condition(s) of supervision as to charge(s) _ after denial of guilt, as alleged in the violation petition filed on _.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to Comply with Drug Testing | 02/18/2005 |
| 2 | Use of a Controlled Substance | 12/14/2004; 01/13/2005; 03/17/2005; 04/05/2005 |
| 3 | Failure to Report for Urine Testing | 01/18, 01/29/2005; 02/03, 02/12, 02/22, 02/28/2005; 03/23/2005 |
| 4 | Failure to Participate in Counseling | 01/25/2005; 02/01/2005; 03/02, 03/15, 03/21/2005; 04/08/2005 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 05/21/2004.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) _ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

August 30, 2005
Date of Imposition of Sentence

_Signature of Judicial Officer_

**LAWRENCE K. KARLTON**, United States District Judge
Name & Title of Judicial Officer

8/30/05
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Time Served**.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.
      If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal